IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| NIKKIA PARISH, | § |
| Plaintiff, | § |
| VS. | §  NO. 4:15-CV-339-A |
| STATE FARM LLOYDS, ET AL., | § |
| Defendants. | § |

### FINAL JUDGMENT

Consistent with the agreed order of dismissal with prejudice signed this date,

The court ORDERS, ADJUDGES, and DECREES that the claims of plaintiff, Nikkia Parish, against defendant State Farm Lloyds be, and are hereby, dismissed with prejudice. The court further ORDERS, ADJUDGES, and DECREES that each party bear the court costs incurred by that party.

SIGNED August 13, 2015.

JOHN McBRYDE
United States District Judge